FILED
BILLINGS DIV.

2007 MAY 30 PM 5 01

PATRICK E. DUFFY, CLERK

_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>CHARLES THEODORE SQUIRES,<br><br>              Defendant. | No.  CR 07-28-BLG-RFC<br><br>FINDINGS AND<br>RECOMMENDATIONS<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to Counts I and II of the Information.  Also, Defendant acknowledged that he consents to forfeiture in relation to Count III of the Information.

After examining the Defendant under oath, the Court determined that the guilty pleas and consent to forfeiture were knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived; and that the offenses charged and to which guilty pleas were entered contained each of the essential elements of the offenses.

The Court further concludes that the Defendant had adequate time to review the Plea

NOTICE:  Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

-1-

Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. I recommend that the Defendant be adjudged guilty and that sentence be imposed.

DATED this 30th day of May, 2007.

_____
CAROLYN S. OSTBY
United States Magistrate Judge